No. 342. BLAIR MANUFACTURING CO. v. HAMPTON ET AL. C. A. 8th Cir. Certiorari denied. *James J. Fitzgerald, Jr.*, for petitioner. *John J. Hanley* for respondents.

No. 351. FALLA Y ALVAREZ v. PAN-AMERICAN LIFE INSURANCE CO. C. A. 5th Cir. Certiorari denied. *Samuel Sheradsky* for petitioner. *James A. Dixon* and *Sam Daniels* for respondent.

No. 355. ALL CONCESSIONS, INC. v. CITY OF PEABODY. Sup. Jud. Ct. Mass. Certiorari denied. *Edward J. Davis* for petitioner.

No. 360. HOFF RESEARCH & DEVELOPMENT LABORATORIES, INC. v. PHILIPPINE NATIONAL BANK ET AL. Ct. App. N. Y. Certiorari denied. *Arnold Davis* for petitioner. *Matthew E. McCarthy* for respondents.

No. 367. ATKINS v. SCHMUTZ MANUFACTURING CO., INC. C. A. 6th Cir. Certiorari denied. *Frank C. Maloney III* for petitioner. *John P. Sandidge* for respondent.

No. 369. EPHRAIM FREIGHTWAYS, INC. v. RED BALL MOTOR FREIGHT, INC. C. A. 10th Cir. Certiorari denied. *Thomas F. Kilroy* and *John H. Lewis* for petitioner. *Harry C. Ames, Jr.*, for respondent.

No. 377. ZILK ET AL. v. DEATON'S FOUNTAIN SERVICE. C. A. 9th Cir. Certiorari denied. *Carl Hoppe* for petitioners. *James M. Naylor* and *Frank A. Neal* for respondent.